UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ARLEEN BELLARAN,

      Plaintiff,

vs.

HOME DEPOT,

      Defendant.
------------------------------------------------------x

**07 CIV. 6136**

**COMPLAINT**

**JUDGE ROBINSON**

By and through her counsel, Michael H. Sussman, plaintiff alleges as to and

against defendant:

## I. **PARTIES**

1.  Plaintiff, Arleen Bellaran [hereinafter "the plaintiff"] resides in

Middletown, New York.  She is of legal age. She is of Puerto Rican national origin

and fifty years old.

2.  Defendant, Home Depot, is a multi-national corporation which does

business within this judicial district.

## II. **JURISDICTION**

3.  On or about November 2006, plaintiff filed a complaint of employment

discrimination on the basis of age, sex, national origin and retaliation with the

EEOC. See, Exhibit 1.

4.  On or about April 25, 2007, plaintiff received a right to sue letter on the basis that the EEOC had concluded that it would not be able to process her Complaint. See, Exhibit 2.

5.  This Honorable Court has jurisdiction over this matter pursuant to 42 U.S.C. sec. 2000e-5, et. seq. and the Age Discrimination in Employment Act, 29 U.S.C. sec. 621, et seq, as plaintiff has properly exhausted her administrative remedies.

6.  This Honorable Court also has jurisdiction over this matter pursuant to 28 U.S.C. secs. 1331, 1343 (3) & (4) and 42 U.S.C. sec. 1988.

III. **FACTUAL ALLEGATIONS**

7.  Plaintiff commenced working for defendant at its Middletown outlet in October 1999.

8.  Plaintiff's semi-annual performance reviews were satisfactory.

9.  Between 2003 and 2006, plaintiff worked in the "Pro Sales" department, dealing with contractor sales.  During this period of time, she was the only non-Caucasian in this department, the only woman in the department and the oldest member of the department.

10. In July 2006, plaintiff sought promotion to the position of department head of Pro sales.

11. The assistant store manager recommended plaintiff strongly for the promotion and brought her to the store manager's office to directly support her application for promotion.

12. Plaintiff did not receive this promotion.

13. The assistant store manager advised plaintiff that the store manager was very vindictive and that she would not receive the promotion because she had made "awareness line" calls, i.e., complaints by associates with respect to management.

14. In plaintiff's case, by the time of this conversation, she had made many non-anonymous complaints about discrimination, concerning her failure to advance, differential pay and wages based on her gender and other indicia of gender discrimination.

15. Plaintiff is, and has been, the lowest paid worker in her department, though she has the most departmental seniority and a superior sales record.

16. Plaintiff's complaints of low wages were made in good faith.

17. Plaintiff's complaints were protected activity and defendant officially bars retaliation against an individual making such a complaint.

18. The retaliation taken against plaintiff contravened official company policy, but, nonetheless, was a common response at plaintiff's store to such

complaints.

19. After the assistant manager advised plaintiff that she would not get this position and she learned that a much younger African-American had been selected for it, two much younger individuals interviewed plaintiff concerning this promotional opportunity for about ten minutes.

20. Plaintiff was better qualified than the candidate selected for the position as plaintiff had three years in the department [the successful candidate had no sales floor experience and had never worked in Pro Sales] and had four more years of experience in defendant's employ.

21. The store manager was the ultimate decision maker; after the successful candidate was officially announced, plaintiff approached him to discuss why she did not get the position.

22. He advised her that no one in her department wished to work with her which, to plaintiff's knowledge, was blatantly untrue, indeed, the opposite of the truth.

23. After the filing of an internal complaint relating to this position, the store manager continued to retaliate against plaintiff, bad-mouthing her to others in the store, denigrating her capacity and questioning her loyalty to the store and to defendant.

24. Since filing her complaint of discrimination, plaintiff has experienced threatening and bullying behavior by the store manager.

25. As a consequence of the discrimination to which she has been subjected, plaintiff has suffered pecuniary and non-pecuniary damages which are compensable under Title VII.

26. As a consequence of the discrimination to which she has been subjected, plaintiff will heretofore continue to suffer pecuniary and non-pecuniary damages.

27. The acts which have injured plaintiff and violated the law were intentionally and knowingly committed.

## CAUSES OF ACTION

28. Plaintiff hereby incorporates paras. 1-27 as if fully re-written herein.

29. Defendant violated plaintiff's rights under Title VII and the Age Discrimination in Employment Act [ADEA] by discriminating against her on the basis of gender, age, national origin and retaliation when it failed to promote her in July 2006 to the position of Department head and when it consistently under-paid her when compared with others in her department.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that this Honorable Court:

a) accept jurisdiction in this matter;

b) empanel a jury to fairly hear and decide this controversy;

c) award to plaintiff compensatory and punitive damages with pre and post

judgment interest;

d) order defendant to forthwith promote  plaintiff to the next available department

head position for which she qualifies;

e) award plaintiff the attorneys fees and costs of this litigation and

f) enter any other order the interests of justice require.

Respectfully submitted,

MICHAEL H. SUSSMAN [3497]

SUSSMAN & WATKINS
PO BOX 1005
GOSHEN, NY 10924
(845)-294-3991

COUNSEL FOR PLAINTIFF

DATED: JUNE 1, 2007

# EXHIBIT 1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

**New York State Division Of Human Rights** and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Arleen Bellaran | (845) 344-4816 | 01-04-1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| 22 Highland Avenue, Middletown, NY 10940 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HOME DEPOT | 500 or More | |
| Street Address [stamp: NOV 2 7 2006 EEOC-NYDO-ENFORCEMENT] | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Home Depot Headquarters | | 770-433-8211 |
| Street Address | City, State and ZIP Code | |
| 2455 Paces Ferry Road, Atlanta, Georgia 30339 | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☒ OTHER (Specify below.) WAGE

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 9-2003 to 8-2006 | |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I Am Employeed by the Home Depot since Oct 1999. I Am presently Employeed (seven years). My peformance evaluations were always satisfactory stating that I Am promotible. I presently work in the "Pro Sales" department. I have worked in the department for 3 years. June 2006 I put my information into the "JAP" for the Pro Sales department Head position. I was given a glowing Recommendation by my Assistant Manager and my District LPS Manager elected me to be "Team Captain" of the Pro Sales department. I Also was second in sales for three years and second in credit card sales in the store. Several times I was in the top 5 sales persons. I Also Handled State Accounts for the store.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

| 11-13-06 | [signature] |
|---|---|
| Date | Charging Party Signature |

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 11-13-2006

RAFAEL A CAPELLAN
Notary Public, State of New York
Reg. No. 01CA6077769
Qualified in Orange County
My Commission Expires July 15, 20__

S.C.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 520-2006-03454 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Dispite the Recommedations of my supervisor and high Achievements in my department I was told by my Assistant Manager that I will not receive the department head position because the store manager told him because I made "Awareness line calls" against him he would not give mme the promotion. I was told that the store manager was <u>retaliating against me</u> - my Assistant Manager said that Mark Gottenberg the store manager was being Vindictive and he takes Awareness line calls personal because they affect his metric Report card. As a result the Adverse action was that although I was highly Qualified for the position I was denied the opportunity. <u>July 14. 2006. AGE:</u>

I was interviewed by my "new" Assistant Manager and an <u>hourly Associated</u> sat in the office during my interview instead of my human Resourse Representative. They made A mockery of my interview. It lasted no more than 10 min and I felt humiliated. They were Joking and laughing during my interview because I am much elder than them. I am 50 years old Jan. They are much younger than I. And the person who got the position is much Younger than I am. I Believe I did not get the position because of my age. <u>August 11, 2006</u> Discrimination-retaliation Ethnitic/Bolic ground when I was told I did not get the position, the Asst. mang. Refused to tell me.why. I was not qualified. I mention At this time that my original Asst. manager who Recommended me to the <u>Store manager</u> for <u>Dept. Head position</u> was no longer with this company in a management capacity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11-13-06    *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

**New York State Division Of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

August 2006 National origin No promotion Retaliation
I am being treated less favorably I believe, because I
am of philipino, puerto Rican Ethnicity. There are no
puerto Rican or philipino department Heads. Most of the
Employees of Hispanic decent work on the night crew.
Oct 2003 to November 2006 WAGE - single parent
I am the only female Pro sales pasa and have been
since I was hired to the dept of Pro sales. I am the
lowest paid and I am the only women and only Hispanic-
philipino in the dept. When I first worked in the Dept "3"
white men went Home at 3:00pm and left me to close until
6:pm every night. Dispite my many requests to alternate
the Hours to the store manager my requests were refused.
I am a single mother with two young children at Home.
I am the only parent Raising young children alone in my
department working at the time. After many calls
to the awareness line (third party Ethical compliance line)
my Hours were changed so this is part of the reason for
Retaliation not getting the department Head position.
Because I Reported the above mentioned behavior to an
outside company and my store manager receives the
Reports. He was not Happy and told me on many occasions he
can fire me at any time because the Home Dept is a Free
at will hireing company. The store manager told my
department Head Steve Wojek that He (the store manager)
wants me to go back to being a cashier and that when I
do something that is not standard operational procedure
to write it in a "Black Book" in the store manager's

I want this charge filed with both the EEOC and the State or local Agency, if any. I
will advise the agencies if I change my address or phone number and I will cooperate
fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

11-13-06

*Date*          *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

New York State Division Of Human Rights                    and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEX discrimination July 2005 office. Steve Wojek told this to me and to George Figueroa (Michael Sussmans law office), during the middle of September 2006.

June 2006 discrimination Against single parent of ADHD child

I asked the store manager (when the position first became available) if he would consider me for the department head position of pro sales. We were standing outside the store. He reminded me that I have a son with special needs and he didn't think I could handle the position. I reported this to Rosemary Colorado district Human Resource representative. She said she would talk to mark Goldenberg the store manager. She never got back to me.

March 2006 discrimination on marital status and disability.

I was called into mark Goldenbergs office by mark and the district manager Chuck Watson to discuss pro sales pasa's Job discription. And what was going to be expected of us. During this meeting I mention to the store manager that my son is classified by the school as ADHD, and he is changing medication so I may have to leave "occasionally" "if" the school calls me. The store manager responded "If your son has a problem than maybe you shouldn't be at the pro desk." I told the store manager that I can't afford to loose my position because I am a single mother and I am not absent excessively. I became emotional. I apologized for being emotional to Chuck Watson and he assured me later on the phone that no apology was needed. At this time the store manager was "bullying me" because I reported one of his "favorites-good ol'Boy" to our security

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

11-13-06
Date

Charging Party Signature

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2006-03454 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

a. *February 8, 2006* ↓

department, for driving a reach truck without a lisense. The Associate Steve Becker was given special accommodation for his family needs (scheduling). He worked hours he needed not the hours assigned by his department. This driving without a lisense during store hours and putting customers at risk caused the District Human Resource mang. to come to our store and investigate the behavior. Shortly after the store managers' good ol Boy's was no longer working at the Home Depot. The Store manager Bully's me and Retaliates against me and denied me the promotion Partially because I reported the violation of one of his favorite Assoc. who is a white single parent.

*February: 2006*

I called the Awareness line and Reported that the Assoc Steve Becker was retaliating against me by mocking me in front of other Assoc. Steve Becker told other associates I was a "RAT". Retaliation on the job by Assoc. towards Assoc. for Reporting a violation of safety policy if "founded" is a terminatable offense. I was refused a merit increase and a department head position in December of 2005 because I made an Awareness line call and manx called me in the office and told me he was aware of my Awareness line calls because he receives them and he was holding a paper in his hand and told me he even knows the time that I made the call. I never received this promotion either dispite my above average work record or the excellent recommendation from Jason Clemons my ASM. I was denied 2 possible promotions

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *11-13-06*     *[signature]*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2006-03454 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

APRIL 2006 -

During April 2006 At the HomeDepot two Assoc. (Kenny James + Jodi Cerillo) told me that the store manager Mark Goldberg pulled them into his office And said he was watching them on the store camera. the store manager wanted to let them know that he didn't want them talking to me, during working hours. It is part of my Job discription to confer w/ the IMA or with other pro sales Assoc. Jodi was afraid to talk to me she was crying and didn't know what to do. I have worked w/ Jodi + Kenny many years and now they feel there Job is on the line if they continued to take breaks or talk to me during work because Mark told them that "they will have "problems" because of the company you keep." The store manager is Harrassing "friends of Bellaran."

I filed my complaint of harrassment and Retaliation with the awareness line, Bob Silk "employment practices director," Tom Sparr Regional Human Res. Director, Rosemary Ocovado District human Resourse, Sussan Frankel store Human Resourse, Asst Manager Jason Clemons, Rodgers Savaders Asst Manager ...

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| _____      _____<br>Date                    Charging Party Signature | |

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

**New York State Division Of Human Rights**    and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am in the "in take" stage of Michael Sossmans office. 40 park pl. Goshen. NY 10924. I have been talking to George Figueroa for 3 months (since August 31). I am enclosing some documents to support my claim of Retaliation. I have been out on workmans comp. since Aug 14th so my evaluations in my work file are not available to me at this time. Tom Spann and Bob silk have called me at my home asking to discuss the Retaliation charges against the store manager. I called them back to report Breda the district pro sales manager is telling the employees in pro sale that I am going to be "Fired" for suing the Home Depot. Tom Spann said he would "investigate my complaint" However, no one has returned my call.

The store manager retaliates against me on the job and tells other members of mang. And other Assoc. That "I know nothing about pro sales" "80 percent of the awareness line calls come from Arleen". These assoc

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

_____  _____
Date         Charging Party Signature

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

### New York State Division Of Human Rights    and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

HAVE SPOKEN to GEORGE FIGUEROA FROM Michael
SUSSMANS LAW office. The HARASSMENT AND RETALIATION
FROM the STORE MANAGER MARK Goldenberg EFFECTS
MANY ASSOCIATES AT the HOME DEPOT. They ARE
AFRAID to be FIRED, IF they come FORWARD.

July 2006 →

I was CALLED into the STORE MANAGERS office by
Rodger Saunders And Amy (Hourly Assoc) was present.
For Better than 45 min Rodger put his calls on HOLD
AWD proceded to interogate me in REGARDS to the
approval of A WIRE sale For A customer "Lamb electric."
Rodger REQUESTED that I RWRITE A statement that
would State I CALLED Anthony Smith district manager to
approve the sale. I did not call District AND refused to
REST cwrite the statement. The conversation became HEATED
I REFUSED to write the statement. Rodger told ME
"HELEEN you ARE the only ASSOC. that would call district
MANAGER Anthony Smith AND undermine my authority.
I REPLIED that Although it's true I would call district
to approve an ORDER in this situation, he referred, to I
did not! I mention to Rodger that another long time
ASSOCIATE KEESHA Wright From Floor AND WALL would
CALL Anthony Smith For Help IF SHE needed it. The
MEETING ended. I did not write the statement. Rodgers
Tone of Voice And Body LANGUAGE MADE ME FEAR.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

_____    _____
Date            Charging Party Signature

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

### New York State Division Of Human Rights
and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Of being FIRED. A WEEK later Kerra Keseena Wright Wright (A single mother - ethnic women) was Fired. Keesna was hired back 10 days later with back pay. Keseena Wright was Fired For not doing Her Sales quota - other (white) Assoc. not making there sales were not Fired. I told Keseena to call Anthony Smith district manager and Rosemary district H.R. I am afraid everyday of being Fired And other Associates in my department Have Refused to make statements Against me at the request of management. These Associates want to step Forward. Kenny. James a 15 year employee is being Harrassed and HIS Job was threatened by the store manager because He told the store manager He would not write a "FALSE" statement against me. The Asst. MANAGER I mentioned earlier who gave me a glowing glowing RECOMMEDATION For the department Head position", He is a Black man who worked For the company For 13 years he left the company (He told me) Because of the disrespect towards Him by Mark Goldenberg the store MANAGER - Other Associates Are Afraid to

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _____  _____ Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

Charge Presented To:

☐ FEPA

☒ EEOC

Agency(ies) Charge No(s):

**520-2006-03454**

**New York State Division Of Human Rights**    and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

OF being FIRED. A WEEK later KEBENA KESEENA
WRIGHT Wright (A single MOTHER - Ethnic Women) WAS
FIRED. KEESNA WAS hired back 10 days later
with back pay. KESEENA Wright WAS FIRED For not
doing HER Sales quota - OTHER (white) ASSOC. not making
there SALES WERE not FIRED. I told KESEENA to
CALL ANTHONY Smith district mANAGER AND ROSEMAR,
District H.R. I AM AFRAID EVERYday of being FIRED
AND OTHER ASSOCIATES in my dEpARTMENT HAVE REFUSED
to MAKE STATEMENTS AGAINST ME AT THE REQUEST of
MANAGEMENT. THESE ASSOCIATES WANT to STEP forward.
KENNY. JAMES A 15 YEAR EMPloyEE is being HARASSED
AND HIS JOB WAS ThrEATENED by the STORE MANAGER
bECAUSE HE told thE SToRE MANAGER HE would not
WRITE A "FALSE" STATEMENT AGAINST ME. THE ASST.
MANAGER I MENTiONED EARliER who gAVE ME
A glowing glowing RECOMMEDATION FOR the depart-
MENT HEAD position", HE is A BLACK MAN who
worKED FOR the COMPANY FOR 13 YEARS HE lEFT
the COMPANY (HE told ME) bECAUSE of the disRESPECT
towARDS Him by MARK GoldENBERG thE STORE
MANAGER. OTHER ASSOCIATES ARE AFRAID to

I want this charge filed with both the EEOC and the State or local Agency, if any. I
will advise the agencies if I change my address or phone number and I will cooperate
fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

_____    _____

Date        Charging Party Signature

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2006-03454 |

### New York State Division Of Human Rights
State or local Agency, if any
and EEOC

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Help me on the Job or Associate with me
At work because it has become common
knowledge that MARK Goldberg is Attempting
to end my 7 year Career at the Home Depot
And put my family in Financial Dispair.
In one months time my Asst MANAGER And
A "Friend" of SEVEN YEARS At the Home Depot Both Black
WERE either fired to retired or simply left. III

I have been out on "Workmans comp" since Aug 18th.
during my absence a new associate Jeremy McMillan
is telling other Associates that when Farleen comes back
she will be Fired because she is suing the Home Depot." I
mentioned this earlier in my statement and I scared
And Feel Hopeless. I Have watched Associates being
walked out of the store (Kissena Wright) crying. I have
A mortgage and small children.
on one occasion I told the store manager that
The Federal government says that I have the right
to earn a fair wage in an inviroment without discrimina-
tion or harrassment." Mark Goldberg replied "You do what
you have to do And I will do what I have to do." Mark
Goldberg said this in front of "Zeke" (A new Asst. manager
who is young Female And new to our store.)

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _____    _____ Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# EXHIBIT 2

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
Rodney Plummer                                                                      TTY (212) 336-3622
Investigator                                                                      General FAX (212) 336-3625
Phone (212) 336-3767
Fax (212) 336-3790

April 20, 2007

Arleen Bellaran
22 Highland Avenue
Middletown, New York 10940

      **Re:  Arleen Bellaran v. Home Depot**
      **EEOC Charge No.  520-2006-03454**

Dear Ms. Bellaran:

This is to inform you that we have received your letter dated January 26, 2007 regarding the
above captioned case.

Ordinarily a charging party or his/her counsel is not entitled to receive a Notice of Right to Sue
upon request until the charge has been pending with the EEOC for at least 180 days.  However,
an early Notice of Right to Sue is authorized by 29 C.F.R. § 1601.28(a)(2) if the Director
determines that the Commission will not be able to complete its administrative process within
180 days of when the charge was filed.

We have reviewed the information provided in your charge and based upon our assessment, in
accordance with the Commission's Priority Charge Processing Procedures, current office
workload and staffing, we have determined that it is appropriate to issue a Notice of Right to Sue
at this time.

Enclosed is your Notice of Right to Sue which allows you to file suit against the Respondent in
Federal District Court.  Upon receipt of this letter you may only pursue this matter by filing suit
within 90 days, otherwise, your right to sue will be lost.

                Sincerely,

                Rodney E. Plummer
                Federal Investigator

EEOC Form 161-B (10/96)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | From: |
|---|---|
| Arleen Bellaran<br>22 Highland Avenue<br>Middletown, New York 10940 | Equal Employment Opportunity Commission<br>New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, New York 10004-2112 |

[    ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2006-03454 | Rodney E. Plummer | (212) 336-3767 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice.  Otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

[    ]   More than 180 days have passed since the filing of this charge.

[ X ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ]   The EEOC is terminating its processing of this charge.

[    ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):**  You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

[ X ]   The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]   The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):**  You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Spencer H. Lewis, Jr., District Director

APR 2 4 2007
*(Date Mailed)*

Enclosure(s)

cc:   Respondent(s):   The Home Depot
2455 Paces Ferry Road
Atlanta, GA 30339
Attn: Laura Arnold