PLEASE FILE WITH [illegible]

Index # 07 civ. 6136
Purchased/Filed: June 29, 2007

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Arlene Bellaran                                           Plaintiff

against

Home Depot                                               Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**      Approx. Age: 45 yrs

Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 6, 2007_____, at _____12:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Summons and Complaint_____ on _____Home Depot USA, Inc, sued herein as Home Depot_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____40.00_____ dollars; That said service was made pursuant to Section _____BUSINESS CORPORATION LAW §306_____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

6th  day of  July, 2007

_____FAITH COZZY_____
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____Robin Brandow_____

**Invoice•Work Order #** 0714398