UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLEEN BELLARAN,

                Plaintiff,

-v-

HOME DEPOT,

                Defendant.

---

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**
Civil No.: 07-CV-6136
Judge Stephen C. Robinson

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Home Depot U.S.A., Inc., (hereinafter, "Home Depot" or "Defendant"), incorrectly identified as Home Depot in the Complaint, certifies that it is the wholly owned subsidiary of The Home Depot, Inc., which is publicly traded. No publicly held company owns 10% or more of Home Depot's stock.

DATED: July 30, 2007

                SMITH, SOVIK, KENDRICK & SUGNET, P.C.

                By: /s/
                      Daniel R. Ryan
                      Bar Roll No. DR6389
                      Steven Ward Williams, Esq.
                      Bar Roll No. SW4036
                Attorneys for Defendant
                250 South Clinton Street, Suite 600
                Syracuse, New York 13202
                (315) 474-2911