UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLEEN BELLARAN,

                   Plaintiff,

-v-

HOME DEPOT,

                   Defendant.

**CERTIFICATE OF SERVICE**

Civil No.: 07-CV-6136
Judge Stephen C. Robinson

---

      I hereby certify that on July 30, 2007, I electronically filed the foregoing Answer and Jury Demand and Rule 7.1 Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

SUSSMAN & WATKINS
Attorneys for Plaintiff
40 Park Place
P.O. Box 1005
Goshen, New York  10924

                        SMITH, SOVIK, KENDRICK & SUGNET, P.C.

                        By:_____/s/_____
                             Daniel R. Ryan
                             Bar Roll No. DR6389
                             Steven Ward Williams, Esq.
                             Bar Roll No. SW4036