UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLEEN BELLARAN,

                Plaintiff,

-v-

HOME DEPOT,

                Defendant.

---

**CERTIFICATE OF SERVICE**

Civil No.: 07-CV-6136
Judge Stephen C. Robinson

STATE OF NEW YORK    )
COUNTY OF ONONDAGA  )  SS:

DIANE DEVINE, being duly sworn, deposes and says that she is not a party to this action, is over eighteen years of age, and resides at Baldwinsville, New York. On July 30, 2007, deponent served the within Answer and Jury Demand and Rule 7.1 Disclosure Statement upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a properly addressed Federal Express wrapper in an official depository under the exclusive care and custody of Federal Express within the State of New York.

    SUSSMAN & WATKINS
    Attorneys for Plaintiff
    40 Park Place
    P.O. Box 1005
    Goshen, New York 10924

                                      */s/ Diane Devine*
                                      Diane Devine

Sworn to & subscribed before me
this 30th day of July, 2007.

*/s/ Frances A. Huveldt*
Notary Public

        FRANCES A. HUVELDT
    Notary Public in the State of New York
  Qualified in Onondaga County No. 5073753
     My Commission Expires March 3, 2011