UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ARLEEN BELLARAN,　　　　　　　　　　　　　　　NOTICE OF APPEARANCE

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　07:07 CV. 6136 (CLB) (GAY)

vs.

HOME DEPOT,

　　　　　　　　Defendant
_____

SIR:

　　　**PLEASE TAKE NOTICE**, that Steven Ward Williams, hereby appears in the above-entitled action, as counsel of record for the Defendant Home Depot.

DATED: October 8, 2007.　　　　　　　　　　　*SMITH, SOVIK, KENDRICK,*
　　　　　　　　　　　　　　　　　　　　　　　　*& SUGNET, P.C.*


　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Steven Ward Williams, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Bar Roll No.: SW1625
　　　　　　　　　　　　　　　　　　　　　　　　swilliams@smithsovik.com
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Home Depot
　　　　　　　　　　　　　　　　　　　　　　　　250 South Clinton Street
　　　　　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　Syracuse, New York 13202
　　　　　　　　　　　　　　　　　　　　　　　　(315) 474-2911

TO:　　Michael H. Sussman, Esq.
　　　　Sussman & Watkins
　　　　Attorneys for Plaintiff
　　　　P.O. Box 1005
　　　　Goshen, NY 10924
　　　　(845) 294-3991