# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

ATTORNEYS AT LAW

250 SOUTH CLINTON ST., SUITE 600
SYRACUSE, NEW YORK 13202-1252

**315-474-2911**
INTERNET www.smithsovik.com

FACSIMILE: 315-474-6015

GABRIELLE MARDANY HOPE
Voice Mail Extension 137
ghope@smithsovik.com

JOHN TIMOTHY SMITH (1912- 984)
NELSON J. SMITH (1933-'967)
MARTIN F. KENDRICK (1917-'983)
LAURENCE SOVIK (1904- 198 )

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
MARY KENDRICK-GAFFNEY
JAMES W. CUNNINGHAM
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
ALICIA N. TISDELL
DANIEL R. RYAN
KELLY C. MURRAY
SUZANNE K. LEHMAN

October 9, 2007

**VIA FACSIMILE**
(914) 390-4085

The Honorable Charles L. Brieant, U.S.D.J.
United States Courthouse
White Plains, New York

    Re:    *Belleran v. Home Depot*
            Civil Action No.:    07-cv-6136 (CLB/GAY)

*[Handwritten endorsement: MEMO ENDORSED — Conference adj to 11-9-07, 9:00 AM — So Ordered, Oct 9, 2007, Charles L. Brieant, USDJ]*

Dear Judge Brieant:

    I am writing on behalf of my partner, Steven Ward Williams, to respectfully request an adjournment of the conference scheduled for Friday, October 12, 2007 at 10:00 a.m. Mr. Williams is the attorney on this case. His father passed away yesterday and he will be out of town for the rest of the week to attend the funeral. I am scheduled to be in Canton, New York on Friday and our associate Daniel Ryan's wife is due with their first baby on Friday. Due to these factors, Mr. Michael Sussman, plaintiff's attorney, has graciously agreed to an adjournment of the conference.

    I therefore, respectfully request an adjournment of the conference to a date convenient for the Court. Thank you for your anticipated consideration in this matter.

Very truly yours,

Gabrielle Mardany Hope, Esq.

cc:    Michael Sussman, Esq.
        (845) 294-1623 (via facsimile)

**ALFA**
AMERICAN LAW FIRM ASSOCIATION