# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

ATTORNEYS AT LAW

250 SOUTH CLINTON ST., SUITE 600
SYRACUSE, NEW YORK 13202-1252

**315-474-2911**
INTERNET www.smithsovik.com

FACSIMILE: 315-474-6015

GABRIELLE MARDANY HOPE
Voice Mail Extension 137
ghope@smithsovik.com

October 9, 2007

JOHN TIMOTHY SMITH (1912-1964)
NELSON J. SMITH (1923-1961)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1914-1992)

WILLIAM E. SUGNET, RET'RES
JAMES A. O'SHEA, RETIRED

LAURENCE F. SOVIK
JAMES C. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
MARY KENDRICK-GAFFNEY
JAMES W. CUNNINGHAM
ROBERT P. CAHALAN
PATRICK H. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
ALICIA M. TISDELL
DANIEL R. RYAN
KELLY C. MURRAY
SUZANNE K. LEHMAN

**VIA FACSIMILE & REGULAR MAIL**
(845) 294-1623

Sussman & Watkins
Michael Sussman, Esq.
40 Park Place
PO Box 1005
Goshen, New York 10924

   Re: *Belleran v. Home Depot*
     Civil Action No.: 07-cv-6136 (CLB/GAY)

Dear Mr. Sussman:

  I have just been contacted by Judge Brieant's Chambers regarding our request for an adjournment of the conference scheduled for October 12, 2007. The Court has kindly adjourned the conference to **November 9, 2007** at **9:00 a.m.**

  I thank you for your kind cooperation in agreeing to the adjournment due to the circumstances delineated in my earlier letter. Thanks again.

          Very truly yours,

          Gabrielle Mardany Hope, Esq.

cc: The Hon. Charles L. Briant, U.S.D.J.
  (914) 390-4085 (via facsimile)

**ALFA**
AMERICAN LAW FIRM
ASSOCIATION