UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLEEN BELLARAN,

                Plaintiff,

-v-

HOME DEPOT,

                Defendant.

**STIPULATION AND ORDER OF DISMISSAL**

Civil No.: 07-CV-6136
Judge Stephen C. Robinson

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the plaintiff and the attorney of record for the defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued, **with prejudice,** without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: February 20, 2008

_____
Michael H. Sussman, Esq. (3497)
Sussman & Watkins
Attorneys for Plaintiff
P. O. Box 1005
Goshen, NY 10924
(845) 294-3991

_____
Steven Ward Williams, Esq.
Smith, Sovik, Kendrick & Sugnet, P.C.
Attorneys for Defendant
250 South Clinton Street
Syracuse, New York 13202
(315) 474-2911

So Ordered: _____
                          U.S.D.C.