UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLEEN BELLARAN,

            Plaintiff,

-v-

HOME DEPOT,

           Defendant.

---

STIPULATION AND ORDER
OF DISMISSAL

Civil No.: 07-CV-6136 (CLB)

~~Judge Stephen C. Robinson~~

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the plaintiff and the attorney of record for the defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued, **with prejudice**, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: February 20, 2008

| | |
|---|---|
| Michael H. Sussman, Esq. (3497) | Steven Ward Williams, Esq. |
| Sussman & Watkins | Smith, Sovik, Kendrick & Sugnet, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| P. O. Box 1005 | 250 South Clinton Street |
| Goshen, NY 10924 | Syracuse, New York 13202 |
| (845) 294-3991 | (315) 474-2911 |

So Ordered: /s/ Stephen C. Robinson
USDCT  6/18/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____